In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-268 CV


____________________



BREAN MURRAY & CO., INC., Appellant



V.



TELIGISTICS, INC., Appellee






On Appeal from the County Court at Law No. 1


Montgomery County, Texas


Trial Cause No. 02-08-05426-CV






MEMORANDUM OPINION (1)


 Brean Murray & Co., Inc., appellant, and Teligistics, Inc., appellee, have filed a
joint motion to vacate the trial court's judgment and dismiss the entire cause pursuant to
the settlement agreement of the parties. The Court finds that the motion complies with
Texas Rule of Appellate Procedure 42.1(a)(2). Tex. R. App. P. 42.1(a)(2). Accordingly,
the judgment of the trial court is vacated. The entire cause against Brean Murray & Co.,
Inc., is dismissed. Tex. R. App. P. 43.2(e). All costs are assessed against the incurring
party.

 VACATED AND DISMISSED.

 

 PER CURIAM


Opinion Delivered August 26, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.